UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lowell B. Long,                    )
                                   )
                Plaintiff,         )
                                   )
        v.                         )        Civil Action No.
                                   )        **09 0360**
                                   )
Steven D. Bolton, U.S. Probation   )
Officer,                           )
                                   )
                Defendant.         )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a

determination that the complaint, among other grounds, seeks monetary relief from an immune

defendant).

Plaintiff, an inmate at the District of Columbia Jail, sues United States Probation Officer

Steven D. Bolten for allegedly "failing to provide reasonable notice of probation violation," in

violation of the due process clause. Compl. at 5. He seeks $350,000 in monetary damages. Like

judges and other court officials, probation officers "are absolutely immune from liability for

damages" under 42 U.S.C. § 1983 for actions taken, as alleged here, within the scope of their

official duties as "an integral part of the judicial process." *Sindram v. Suda*, 986 F.2d 1459, 1460

(D.C. Cir. 1993). The complaint therefore is dismissed. A separate Order accompanies this

Memorandum Opinion.

Date: February __6__, 2009            _Ellen S. Huck_
                                      United States District Judge

③